■ PENNSYLVANIA BUILDING COMPANY, Respondent, v RAYMOND A. SCHAUB, Appellant. [789 NYS2d 112]—

Order, Supreme Court, New York County (Richard F. Braun, J.), entered on or about June 17, 2003, which, in an action to recover rent due under a commercial lease, insofar as appealed from, denied defendant's motion to vacate a default judgment, unanimously affirmed, without costs.

Defendant is personally liable for the rent due under the subject lease, since he admits having signed it as president of a corporation that had been previously dissolved pursuant to the Tax Law, and fails to show that entering into the lease was necessary to the winding up of the corporation's affairs (*see Brandes Meat Corp. v Cromer*, 146 AD2d 666 [1989]; *Keystone Mech. Corp. v Conde*, 309 AD2d 627 [2003]). As defendant lacks a meritorious defense, we need not consider whether it has a reasonable excuse for the default (*see Eugene Di Lorenzo, Inc. v Dutton Lbr. Co.*, 67 NY2d 138, 141 [1986]). Concur—Buckley, P.J., Sullivan, Nardelli, Williams and Sweeny, JJ.